No. 76–933. FINCH, GOVERNOR OF MISSISSIPPI, ET AL. *v.* CONNOR ET AL.;

No. 76–934. UNITED STATES *v.* FINCH, GOVERNOR OF MISSISSIPPI, ET AL.; and

No. 76–935. CONNOR ET AL. *v.* FINCH, GOVERNOR OF MISSISSIPPI, ET AL. Appeals from D. C. S. D. Miss. Probable jurisdiction noted. Cases consolidated with No. 76–777 [*Connor* v. *Finch,* probable jurisdiction noted, *ante,* p. 1010] and a total of one and one-half hours allotted for oral argument. Parties shall file and exchange briefs on the merits on or before the close of business Monday, February 7, 1977. Responsive briefs, if any, shall be filed and exchanged on or before the close of business Monday, February 21, 1977. Oral argument set for Monday, February 28, 1977.

No. 76–539. DAYTON BOARD OF EDUCATION ET AL. *v.* BRINKMAN ET AL. C. A. 6th Cir. Certiorari granted.

No. 76–446. ENOMOTO, CORRECTIONS DIRECTOR, ET AL. *v.* NAVARETTE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 76–607. MIREE ET AL. *v.* DEKALB COUNTY, GEORGIA, ET AL.;

No. 76–659. PHILLIPS *v.* DEKALB COUNTY, GEORGIA, ET AL.;

No. 76–700. FIREMAN'S FUND INSURANCE CO. *v.* DEKALB COUNTY, GEORGIA, ET AL.; and

No. 76–722. FIELDS *v.* DEKALB COUNTY, GEORGIA, ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.